UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Joshua Castonguay

   v.                                               Civil No. 11-cv-401-PB

Genuine Parts Co./Division Napa
and Frederick Alvarez


**O R D E R**

Pursuant to Fed. R. Civ. P. 4(e)(1) and N.H. Rev. Stat. Ann. § 510:9, the plaintiff's motion for service by publication (doc. no. 6) is granted.  The plaintiff shall publish a copy of Attachment A once each week for three successive weeks in a newspaper of general circulation in the State of New Hampshire, the last publication being not less than twenty-one (21) days before December 1, 2011.  The plaintiff shall file an affidavit of service, attaching a copy of the published notice, which indicates compliance with this order on or before November 16, 2011.

    SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

September 27, 2011
cc:  D. Michael Noonan, Esq.
     Ralph Suozzo, Esq

ATTACHMENT A

NOTICE BY PUBLICATION

Case No 11-cv-00401-PB
Joshua Castonguay v. Genuine Parts Co./Division Napa and Frederick Alvarez

The above-captioned civil action is now pending against Frederick Alvarez in the United States District Court for the District of New Hampshire.  A copy of the complaint filed in that action may be examined by interested parties at the courthouse or on-line via PACER.  Frederick Alvarez or an attorney representing him must file an answer to the complaint in the United States District Court for the District of New Hampshire on or before December 1, 2011, the failure of which will result in a default being entered against Frederick Alvarez.


PER ORDER OF THE COURT
James R. Starr, Clerk
United States District Court
District of New Hampshire
55 Pleasant Street, Room 110
Concord, NH 03301